11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



The State of Texas,                       \* From the 350th District Court
of Taylor County,
Trial Court No. 10388-D.

Vs. No. 11-16-00286-CV           \* November 16, 2017

Dark Blue 2013 Jeep Cherokee      \* Per Curiam Memorandum Opinion
4 Door SUV Texas Vehicle Identification    (Panel consists of: Wright, C.J.,
Number 1C4RJFAG9DC620188,       Willson, J., and Bailey, J.)

This court has considered the parties' agreed motion for judgment and concludes that the motion should be granted. Therefore, in accordance with the parties' request and without reaching the merits of the appeal, we reverse the judgment of the trial court and render judgment in accordance with the parties' settlement agreement. The costs incurred by reason of this appeal are taxed against the State of Texas.